José Sánchez López, demandante y apelado, *v.* Eleuteria Gutiérrez, demandada y apelante.

Núm. 9819.—*Sometido:* Febrero 1, 1949. *Resuelto:* Febrero 9, 1949.

*Adrián Agosto,* abogado de la apelante; *Luis M. Pagán,* abogado del apelado.

*Per Curiam:* El demandante radicó acción de divorcio contra la apelante por la causal de separación por más de tres años. De acuerdo con la prueba presentada, que consistió solamente de la declaración del demandante, se separaron en el año 1921 y en el 1923 él se trasladó a la ciudad de Nueva York donde ha residido desde entonces.

La demandada solicitó la desestimación de la demanda por falta de causa de acción, alegando que la disposición del artículo 97 del Código Civil, al efecto de que " . . . a menos que la causa en que se funde se cometiera en Puerto

Rico . . .'', requiere que los cónyuges vivan en Puerto Rico durante los tres años de separación que se establecen como causal.

Tal contención es enteramente frívola. Lo único que requiere el estatuto es que la separación, esto es, el acto de separarse, ocurra en Puerto Rico.

*Procede la confirmación de la sentencia.*